## EXHIBIT 1

| Name | Amount |
|---|---|
| Abrio, Rosalie | $217.76 |
| Aceron, Zenaida M | $2,794.50 |
| Aguinaldo, Pierce R | $4,558.08 |
| Aguinaldo, Prexy R | $20,053.62 |
| Arines, Raul | $448.00 |
| Bagay, Myrna | $490.00 |
| Barroga, Glenda R | $34,008.56 |
| Cacal, Sheree Mae | $264.88 |
| Cudiamat, Susan B | $10,971.08 |
| Dumayas, Noralyn P | $4,922.76 |
| Empeno, Cheryl | $14,017.04 |
| Espejo, Marigayle N | $15,382.58 |
| Herbon, Mariza | $10,554.78 |
| Islao, Maribel A | $6,958.88 |
| Lazo, Nora | $23,608.38 |
| Llanesa, Joselyn | $33,342.26 |
| Magers, Isha | $6,894.88 |
| Maningding, Lani S | $8,775.54 |
| Marquez, Nelia G | $2,307.60 |
| Palafox, Imelda B | $74,928.64 |
| Santiago, Gloria M | $8,588.02 |
| Togia, Fogaolo M | $1,581.84 |
| Velandes, Marilyn | $1,620.00 |