# EXHIBIT 2

## *Payment Schedule*

**Down Payment:** $143,639.84 due 30 days after date of entry of Consent Judgment

| PMT NO. | PAYMENT DATE | PAYMENT | INTEREST | TOTAL DUE |
|---------|--------------|---------|----------|-----------|
| 1 | June 1, 2023 | $47,840.07 | $119.70 | $47,959.77 |
| 2 | July 1, 2023 | $47,879.94 | $79.83 | $47,959.77 |
| 3 | August 1, 2023 | $47,919.83 | $39.93 | $47,959.76 |