# EXHIBIT 3

## LEGAL NOTICE TO ALL EMPLOYEES

The U.S. Department of Labor has resolved a lawsuit against your employers, Hokulaki Senior Living, LLC, Olalani Senior Care, LLC, Myriam Tabaniag and Robert Tabaniag. The lawsuit was filed because the Labor Department found that your employers did not pay the half time overtime premium to employees when they worked more than 40 hours per week. Your employers have admitted that they did not pay that half time overtime premium when they should have and have agreed to pay backpay to those employees who should have received the half time overtime premium.

Hokulaki Senior Living, LLC, and Olalani Senior Care, LLC, are an enterprise under the Fair Labor Standards Act. This means that if you work at both companies within a work week, your employer should combine your hours from both companies to determine whether you have worked overtime. You are entitled to overtime pay if any of the following three scenarios occur:

- You work more than 40 hours in a work week at Hokulaki Senior Living, LLC.
- You work more than 40 hours in a work week at Olalani Senior Care, LLC.
- You work more than 40 hours in a work week when you combine your hours from Hokulaki Senior Living, LLC, and Olalani Senior Care, LLC.

All employees who work in this establishment should report violations of minimum wage and overtime to the U.S. Department of Labor, Wage and Hour Division, at (808) 541-1361. Your name will not be disclosed.